ACCEPTED
15-25-00012-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 3:17 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00012-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 3:17:08 PM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth Court of Appeals
# Austin, Texas

**The State of Texas, et al.,**

Appellants,

*v.*

**8317 Cross Park, LLC,**

Appellee.

On Appeal from the 98th Judicial District of Travis County,
No. D-1-GN-23-006445

**Unopposed Motion for Extension of Time to File Appellee's Brief**

1.      Appellee 8317 Cross Park asks the Court to grant it a 30- day extension of time to file the Brief of Appellee in this appeal.

2.      The current due date is April 7, 2025. The new due date would be May 7, 2025.

3.      Appellee does not seek this extension for delay.

4.      This is the first extension Appellee has sought for its brief.

5.     Appellants do not oppose this extension.

6.     The following grounds provide additional good cause for extending the time to file the Appellee's brief:

- Appellate counsel for Appellee, J. Bruce Bennett, is new to this case and an extension would allow sufficient time to review the record from the proceedings below and address the issues on appeal.

**Conclusion and Prayer**

For these reasons, Appellee requests a 30-day extension of time to file Appellee's Brief, to May 7, 2025.

Respectfully submitted,

**LAW OFFICES OF R. KEMP KASLING, P.C.**
5806 Mesa Drive, Suite 300
Austin, Texas 78731
(512) 472-6800
(512) 472-6823 – FAX
Email: kkasling@kaslinglaw.com

By:   __*R. Kemp Kasling*_____
          R. Kemp Kasling
          State Bar No. 11104800

**ATTORNEYS FOR APPELLEE**

## Certificate of Conference

I certify that on March 28. 2025, I conferred by e-mail with Alyssa Bixby-Lawson, counsel for Appellants, who represented that Appellants does not oppose the relief sought through this motion.

By: */s/ R. Kemp Kasling*_____
     R. Kemp Kasling

## CERTIFICATE OF SERVICE

By my signature above, counsel for Appellee hereby certifies that a true and correct copy of the above and foregoing pleading has been served on all Appellants' counsel of record via e-service and email on March 28, 2025, to:

| | |
|---|---|
| Jennie H. Hilbig | Alyssa Bixby-Lawson |
| Assistant Attorney General | Attorney-in-Charge |
| General Litigation Division | Assistant Attorney General |
| Office of the Attorney General | General Litigation Division |
| P.O. Box 12548, Capitol Station | P. O. Box 12548, Capitol Station |
| Austin, Texas 78711-2548 | Austin, Texas 78711-2548 |
| Jennie.Hilbig@oag.texas.gov | Alyssa.Bixby-Lawson@oag.texas.gov |
| Counsel for Appellant State of Texas | Counsel for Appellant State of Texas |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mary Cook on behalf of Roy Kasling
Bar No. 11104800
macook@khdalaw.com
Envelope ID: 99030331
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellee's Brief
Status as of 3/28/2025 3:25 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/28/2025 3:17:08 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/28/2025 3:17:08 PM | SENT |

Associated Case Party: 8317 Cross Park, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kemp Kasling | | kkasling@kaslinglaw.com | 3/28/2025 3:17:08 PM | SENT |